STEPHANIE YONEKURA                           JS-6
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2727
     Facsimile:  (213) 894-7177
     E-mail:     Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

                    UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br><br>REAL PROPERTY LOCATED IN<br>ROSEMEAD, CALIFORNIA (HO), ET<br>AL.<br><br>          Defendants.<br>_____<br>JACK DUC HO AND ANH T. TU,<br><br>          Claimants.<br>_____ | NO. CV 09-07756-CAS (JEMX)<br><br>~~[PROPOSED]~~ CONSENT JUDGMENT |

     This action was filed on October 26, 2009.  Notice was

given and published in accordance with law.  Claimants Jack Duc

Ho ("Ho") and Anh T. Tu ("Tu") (collectively "claimants") claim an interest in the defendant assets and have filed and claim and answered the complaint.  No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff United States of America ("the government") and claimants Ho and Tu have reached an agreement that, without further litigation and without an admission of any wrongdoing, is dispositive of the government's claims against the defendant assets, and hereby request that the Court enter this Consent Judgment.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.  As used throughout, the "defendant real property" shall mean the defendant real property located in Rosemead, California; the "defendant currency" shall mean the $37,837.00 in U.S. currency seized on April 28, 2009 from the defendant real property; and the "defendant vehicle" shall mean the one 2001 Mercedes Benz ML430 seized from the defendant real property on April 28, 2009.

2.  This Court has jurisdiction over the parties to this Consent Judgment and the subject matter of this action.

3.  On or about October 26, 2009, the government filed a Complaint for Forfeiture pursuant to 21 U.S.C. §§ 881(a)(6) and (7) and 18 U.S.C. §§ 981(a)(1)(A) and (C) against the defendant real property, defendant currency, and defendant vehicle.

4.  Claimants Ho and Tu filed a claim and answered the complaint.  No other claimant has appeared in this action.

5.  Notice of this action has been given in accordance with law.  No appearances by parties other than claimants having

1   been made in this action, the Court deems that all potential

2   claimants other than Ho and Tu admit the allegations of the

3   Complaint to be true.  The Complaint states valid claims for

4   relief pursuant to 21 U.S.C. §§ 881(a)(6) and (7) and 18 U.S.C.

5   §§ 981(a)(1)(A) and (C).

6        6.   Claimants Ho and Tu shall retain possession of and

7   title to the defendant real property.

8        7.   In consideration of the government's agreement not to

9   pursue forfeiture of the defendant property, claimants Ho and Tu

10  shall pay the sum of $365,000.00 to the government not later

11  than sixty days following entry of this Consent Judgment by the

12  Court.  Such payment shall be made via a wire transfer or in the

13  form of a cashier's check made payable to the United States

14  Marshals Service, and shall be delivered to Assistant United

15  States Attorney Jonathan Galatzan, 312 N. Spring Street, 14th

16  Floor, Los Angeles, California 90012.  Said sum is hereby

17  ordered forfeited to the United States of America and no other

18  right, title or interest shall exist therein.  The government is

19  ordered to dispose of the funds in accordance with law.

20       8.   In consideration of claimants' agreement to forfeit the

21  above-described funds, the government agrees to forego its

22  attempts to seek forfeiture of the defendant real property in

23  connection with any conduct committed up to and including the

24  date of the filing of this proposed Consent Judgment.  The

25  government agrees that if payment is made as provided in

26  paragraph 7, it shall execute and record a Withdrawal of *Lis*

27  *Pendens* with the County Recorder of Los Angeles County within

28  ten days of such payment.

3

9.   Should claimants fail to make the payment required herein within sixty days following entry of this Consent Judgment, the government shall acquire a lien against the defendant real property in the sum of $365,000.00.  The government's lien shall include a right of sale, allowing the government to take possession of and sell the defendant real property at any time after ninety days after entry of this Consent Judgment, unless the parties agree otherwise in writing. The government shall give written notice to claimants by letter directed to Eric Honig, Esq., as set forth below, thirty (30) days before the government intends to enforce its right of sale of the defendant real property.  At the conclusion of that thirty day period, any occupants or personal property shall be removed from the property.  The United States Marshal Service is hereby authorized to remove any occupants and/or personal property remaining on the defendant real property thirty days after the giving of written notice without further order of this Court.  The United States shall thereafter sell the defendant real property.  The proceeds of sale shall be applied as follows, to the extent proceeds are available:

      a.   First, to the costs incurred by the government in taking possession of and selling the defendant real property;

      b.   Second, to any lienholder with a recorded, secured interest pre-dating the recording of the government's lis pendens;

      c.   Third, to the payment due under the terms of this Consent Judgment; and

4

1          d.    Fourth, any remainder to claimants.

2     10.    The defendant vehicle and $17,797.00 of the defendant

3     currency, without interest, shall be returned to claimants

4     through their counsel; the remaining $20,040.00 of the defendant

5     currency shall be forfeited to the United States, and no other

6     right, title or interest shall exist therein.

7     11.    Except as otherwise set forth in this Consent

8     Judgment, claimants Ho and Tu have released the United States of

9     America, its agencies, agents, and officers, including, without

10    limitation, employees and other representatives of the Federal

11    Bureau of Investigation, from any and all claims, defenses,

12    actions, or liabilities arising out of or related to this action

13    against the defendant assets, including, without limitation, any

14    and all claims for attorneys' fees, costs or interest which may

15    be asserted by claimants or on their behalf.

16    12.    The parties shall each bear their own costs and

17    attorneys' fees in this action.

18    13.    The Court shall retain jurisdiction over this matter

19    to enforce the provisions of this Consent Judgment.

20    14.    The Court finds that there was reasonable cause for

21    the initiation of this action, and this Consent Judgment shall

22    be construed as a certificate of reasonable cause pursuant to 28

23    U.S.C. § 2465.

24    15.    All notices and other communications provided for in

25    this Consent Judgment shall be in writing and shall be effective

26    when given on the earliest of the following dates:  (i)  the

27    date when actually delivered if delivered in person to the

28    recipient; (ii)  on the first (1st) business day after depositing

such notice with a reputable independent nationally-recognized
overnight courier service addressed to the recipient as set
forth below; or (iii) on the third (3rd) day after depositing
such notice in a sealed envelope in the United States mail,
postage prepaid, by registered or certified mail, return receipt
requested, addressed to, except as otherwise provided in this
Consent Judgment, the recipient at the address set forth below:
To the Government:  Jonathan Galatzan, Assistant U.S. Attorney,
Asset Forfeiture Section, 312 N. Spring Street, 14th Floor, Los
Angeles, CA 90012.
To claimants Ho and Tu:  Eric Honig, Esq., P.O. Box 10327,
Marina Del Rey, CA  90295.
Any notice so given by mail shall be deemed to have been given
as of the date of delivery (whether accepted or refused)
established by the U.S. Post Office return receipt or the
overnight courier's proof of delivery, as the case may be.


Dated: February 5, 2015    _____
                            THE HONORABLE CHRISTINA A. SNYDER
                            UNITED STATES DISTRICT JUDGE

6

**Approved as to Content:**

DATED: <u>February 2, 2015</u>    STEPHANIE YONEKURA
                                  Acting United States Attorney
                                  ROBERT E. DUGDALE
                                  Assistant United States Attorney
                                  Chief, Criminal Division
                                  STEVEN R. WELK
                                  Assistant United States Attorney
                                  Chief, Asset Forfeiture Section

                                  <u>  /s/ Jonathan Galatzan</u>
                                  JONATHAN GALATZAN
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  United States of America

DATED: <u>January 28, 2015</u>

                                  <u>_/s/ Jack Ho</u>
                                  JACK DUC HO
                                  Claimant

DATED: <u>January 28, 2015</u>

                                  <u>_/s/ Anh Tu</u>
                                  ANH T. TU
                                  Claimant

**Approved as to form:**

DATED: January 31, 2015   <u>  /s/ Eric Honig</u>
                          ERIC HONIG
                          Attorney for Claimants
                          JACK DUC HO AND ANH T. TU

7